U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 NOV 17 PM 2:24

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Case No. 5:22-cr-139-1
)
ANTONIO ALVAREZ, )
Defendant. )

## INDICTMENT

The Grand Jury charges:

On or about November 7, 2022, in the District of Vermont, defendant ANTONIO ALVAREZ, knowing and in reckless disregard of the fact that certain aliens, A.P.P., E.V.T., A.P.R., B.M.T., G.M.T., and E.I.C., had come to, entered, and remained in the United States in violation of law, attempted to transport and move those aliens within the United States in furtherance of such violations of law.

(8 U.S.C. § 1324(a)(1)(A)(ii))

TRUE BILL

FOREPERSON

NIKOLAS P. KEREST (ACG)
United States Attorney
Burlington, Vermont
November 17, 2022